UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br>    GLENN DANIEL GAY<br>    ULLRICKE GAY<br>        Debtor(s) | Case No. 09-17348-RLM-13 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Robert A. Brothers, Trustee, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/25/2009.

2) The plan was confirmed on 06/03/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/07/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/16/2013.

5) The case was completed on 08/13/2013.

6) Number of months from filing to last payment: 45.

7) Number of months case was pending: 49.

8) Total value of assets abandoned by court order: $0.00.

9) Total value of assets exempted: $3,238.00.

10) Amount of unsecured claims discharged without payment: $16,158.08.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $74,344.62 |
| Less amount refunded to debtor | $1,734.59 |
| **NET RECEIPTS:** | **$72,610.03** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,700.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,816.18 |
| Other | $6.20 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$6,522.38** |

Attorney fees paid and disclosed by debtor:     $800.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AARONS SALES & LEASE | Secured | 1,330.00 | NA | NA | 0.00 | 0.00 |
| AFCS | Unsecured | 96.00 | 374.67 | 374.67 | 374.67 | 0.00 |
| ALLIED ADJUSTMENT & COLLECTIO | Unsecured | 519.00 | NA | NA | 0.00 | 0.00 |
| ALLIED ADJUSTMENT & COLLECTIO | Unsecured | 536.00 | 920.07 | 920.07 | 920.07 | 0.00 |
| ALLIED INTERSTATE INC | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN FINANCIAL CREDIT SVC | Unsecured | 222.00 | NA | NA | 0.00 | 0.00 |
| APPLIED CARD BANK | Unsecured | 875.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| AT & T | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |
| ATLAS COLLECTIONS | Unsecured | 237.00 | NA | NA | 0.00 | 0.00 |
| ATLAS COLLECTIONS | Unsecured | 2,132.00 | NA | NA | 0.00 | 0.00 |
| ATLAS COLLECTIONS | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |
| ATLAS COLLECTIONS | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| ATLAS COLLECTIONS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| ATLAS COLLECTIONS | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| ATLAS COLLECTIONS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ATLAS COLLECTIONS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ATLAS COLLECTIONS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ATLAS COLLECTIONS | Unsecured | 836.00 | NA | NA | 0.00 | 0.00 |
| ATLAS COLLECTIONS | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA, NA | Unsecured | NA | 2,228.07 | 2,228.07 | 2,228.07 | 0.00 |
| CAPITAL ONE BANK USA, NA | Unsecured | 868.00 | 987.24 | 987.24 | 987.24 | 0.00 |
| CARDINAL HEALTH PARTNERS | Unsecured | 181.00 | NA | NA | 0.00 | 0.00 |
| CBALV/CREDITECH | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 578.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE | Secured | NA | 0.00 | 2,668.94 | 2,668.94 | 0.00 |
| CITIMORTGAGE | Secured | 99,987.00 | 98,883.57 | 98,883.57 | 36,562.24 | 0.00 |
| CITIMORTGAGE INC | Secured | 59,111.00 | 82,521.57 | 0.00 | 0.00 | 0.00 |
| CITIMORTGAGE INC | Secured | 14,072.00 | 14,072.00 | 14,072.00 | 14,072.00 | 1,568.14 |
| EAST CENTRAL PATHOLOGISTS | Unsecured | 14.26 | NA | NA | 0.00 | 0.00 |
| eCAST SETTLEMENT CORPORATION | Unsecured | 357.00 | 394.65 | 394.65 | 394.65 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| EQUIDATA | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| EXPRESS RECOVERY SERVICES | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTION CO INC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| GLA COLLECTION CO INC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| HC PROCESSING CENTER | Unsecured | 2,329.00 | 2,930.39 | 2,930.39 | 2,930.39 | 0.00 |
| HOME EQUITY SERVICING CORP | Secured | 55,173.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD BANK | Secured | 2,001.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD BANK/MENARDS | Secured | 2,001.00 | 500.00 | 500.00 | 500.00 | 3.33 |
| INDIANA AMERICAN WATER CO INC | Unsecured | 460.00 | 452.39 | 452.39 | 452.39 | 0.00 |
| INDIANA MICHIGAN POWER CO | Unsecured | 107.82 | NA | NA | 0.00 | 0.00 |
| J THOMAS HURLEY | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| LJ ROSS | Unsecured | 867.00 | NA | NA | 0.00 | 0.00 |
| MARK D TURNER | Unsecured | 1,217.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 552.00 | NA | NA | 0.00 | 0.00 |
| MID AMERICA SURGERY CENTER | Unsecured | 492.00 | NA | NA | 0.00 | 0.00 |
| MUNCIE SANITARY DISTRICT | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| MUNCIE SANITARY DISTRICT | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| OCWEN FEDERAL BANK | Secured | 55,802.00 | NA | NA | 0.00 | 0.00 |
| OCWEN FEDERAL BANK | Secured | 55,777.00 | NA | NA | 0.00 | 0.00 |
| PALISADES COLLECTION | Unsecured | 477.00 | NA | NA | 0.00 | 0.00 |
| PALISADES COLLECTION | Unsecured | 477.00 | NA | NA | 0.00 | 0.00 |
| PARK DANSON COLLECTIONS | Unsecured | 263.00 | NA | NA | 0.00 | 0.00 |
| PERSONAL FINANCE CO | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 388.00 | 388.28 | 388.28 | 388.28 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 448.00 | 448.28 | 448.28 | 448.28 | 0.00 |
| PREMIERE CREDIT OF NA | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| PREMIERE CREDIT OF NA | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL RECOVERY | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 709.00 | 961.60 | 961.60 | 961.60 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 149.00 | 149.49 | 149.49 | 149.49 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL PROFESSIONAL | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| UROLOGY ASSOCIATES LLC | Unsecured | 247.00 | NA | NA | 0.00 | 0.00 |
| VATIV RECOVERY SOLUTIONS LLC | Unsecured | 477.00 | 477.87 | 477.87 | 477.87 | 0.00 |
| VECTREN ENERGY | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL BANK | Secured | 52,629.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Secured | 66,145.00 | 82,369.09 | 0.00 | 0.00 | 0.00 |
| WINDHAM PROFESSIONALS | Unsecured | 1,419.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $98,883.57 | $36,562.24 | $0.00 |
| Mortgage Arrearage | $2,668.94 | $2,668.94 | $0.00 |
| Debt Secured by Vehicle | $14,072.00 | $14,072.00 | $1,568.14 |
| All Other Secured | $500.00 | $500.00 | $3.33 |
| **TOTAL SECURED:** | **$116,124.51** | **$53,803.18** | **$1,571.47** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$10,713.00** | **$10,713.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $6,522.38 |
| Disbursements to Creditors | $66,087.65 |
| **TOTAL DISBURSEMENTS :** | **$72,610.03** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/13/2013    By: /s/ Robert A. Brothers, Trustee
                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**